Amy M. Samberg, Esq. (NV Bar No. 10212)
Justin Hepworth, Esq. (NV Bar No. 10080)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Fax (702) 784-5252
asamberg@swlaw.com
jhepworth@swlaw.com
*Attorneys for Defendants Liberty Mutual Insurance Company and Peerless Indemnity Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRIPLE SEVEN PROMOTIONAL PRODUCTS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY; PEERLESS INDEMNITY INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01602-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS LIBERTY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff Triple Seven Promotional Products, Inc. ("Plaintiff") and Defendants Liberty Mutual Insurance Company ("Liberty Mutual") and Peerless Indemnity Insurance Company ("Peerless") that Plaintiff's claims against Liberty Mutual will be dismissed without prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| DATED: August 27, 2015 | DATED: August 27, 2015 |
| MARQUIS AURBACH COFFING | SNELL & WILMER L.L.P. |
| /s/ Erik W. Fox<br>ERIK W. FOX, ESQ.<br>Nevada Bar No. 8804<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiffs* | /s/ Justin S. Hepworth<br>JUSTIN S. HEPWORTH, ESQ.<br>Nevada Bar No. 10080<br>3883 Howard Hughes Parkway, Ste. 1100<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants Liberty Mutual Insurance Company and Peerless Indemnity Insurance Company* |

**ORDER**

UPON STIPULATION of the parties, and good cause appearing therefor, it is hereby:

ORDERED that all of Plaintiff's claims again Liberty Mutual shall be dismissed without prejudice, each party to bear its own fees and costs.

DATED this 27th day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Submitted by:

SNELL & WILMER LLP

By: /s/ Justin S. Hepworth
   AMY M. SAMBERG, ESQ.
   Nev. Bar No. 10212
   JUSTIN S. HEPWORTH, ESQ.
   Nev. Bar. No. 10080
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
   *Attorneys for Defendants Liberty Mutual Insurance Company
   and Peerless Indemnity Insurance Company*

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS LIBERTY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| \_\_\_\_X\_\_\_\_\_ | Electronic Filing |

and addressed to the following:

Erik W. Fox, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
efox@maclaw.com
*Attorneys for Plaintiff*

DATED August 27, 2015

/s/ Rita Tuttle
An Employee of Snell & Wilmer L.L.P.

- 3 -