1

**Marquis Aurbach Coffing**
Erik W. Fox, Esq.

2

Nevada Bar No. 8804
10001 Park Run Drive

3

Las Vegas, Nevada 89145
Telephone: (702) 382-0711

4

Facsimile: (702) 382-5816
efox@maclaw.com

5

Attorneys for Plaintiff

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

TRIPLE SEVEN PROMOTIONAL
PRODUCTS, INC.,

9

Plaintiff,

Case No.:      2:15-cv-01602-GMN-NJK

10

11

vs.

12

LIBERTY MUTUAL INSURANCE
COMPANY; PEERLESS INDEMNITY

13

INSURANCE COMPANY; DOES I through X,
inclusive; and ROE CORPORATIONS I through

14

X, inclusive,

15

Defendants.

16

Plaintiff, Triple Seven Promotion Products Inc., through its attorneys, the law firm of

17

Marquis Aurbach Coffing, and Defendant, Peerless Indemnity Insurance Company, through its

18

attorneys, the law firm of Snell & Wilmer, L.L.P., hereby AGREE and STIPULATE as follows:

19

/ / /

20

/ / /

21

/ / /

22

/ / /

23

/ / /

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

/ / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:12078-002 Stipulation and Order for Dismissal with Prejudice - Peerless.DOCX 12/23/2015 8:03 AM

1.     The Parties hereby agree to dismiss any and all known and unknown claims and defenses that have been brought or could have been brought arising out of or related to the subject matter of this dispute between and among the Parties with prejudice; and

2.     The Parties shall bear their own attorneys fees and costs.

Dated this 23rd day of December, 2015.                    Dated this 23rd day of December, 2015.

MARQUIS AURBACH COFFING                              SNELL & WILMER L.L.P.

By:_____                           By:_____
   Erik W. Fox, Esq.                                       Justin S. Hepworth, Esq.
   Nevada Bar No. 8804                                    Nevada Bar No. 10080
   10001 Park Run Drive                                   3883 Howard Hughes Pkwy., Suite 110
   Las Vegas, Nevada  89145                              Las Vegas, Nevada 89169
   Attorneys for Plaintiff                                Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated this __29__ day of December, 2015.

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

MARQUIS AURBACH COFFING

By_____
   Erik W. Fox, Esq.
   Nevada Bar No. 8804
   10001 Park Run Drive
   Las Vegas, Nevada  89145
   Attorneys for Plaintiff

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816